**Order entered September 1, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00001-CV

**JOHN MICHAEL FITZPATRICK, Appellant**

**V.**

**DEBORAH LYNN FITZPATRICK, Appellee**

**On Appeal from the 429th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-50901-2020**

## ORDER

Before the Court is appellee's August 26, 2022 second agreed motion to extend the time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than September 27, 2022. Because the brief was first due July 27, 2022, we caution appellee that further extension requests will be disfavored.

/s/     CRAIG SMITH
        JUSTICE